1  LYNN HUBBARD III, SBN 69773
   LAW OFFICES OF LYNN HUBBARD
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
4  Email: USDCCentral@HubsLaw.com

5  Attorney for Plaintiff

6  KATARZYNA NOWAK, SBN 256977
   FISHER & PHILLIPS, LLP
7  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111
8  Telephone: (415) 490-9000
   Facsimile: (415) 490-9001
9

10 Attorney for Defendant
   JMJ Seekers, Inc.

11

12              THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 ROBERT DODSON,                    Case No. 2:13-cv-00407-JAM-JFM

16     Plaintiff,
                                     **JOINT STIPULATION FOR**
17     vs.                           **DISMISSAL and**
                                     **ORDER THEREON**
18
   JMJ SEEKERS, INC., dba
19 McDONALD'S #10358;
   McDONALD'S CORPORATION,
20
21
       Defendants.
22 _____/

23
24
25
26
27
28

TO THE COURT AND TO ALL PARTIES:

  Plaintiff, ROBERT DODSON, and defendant, JMJ SEEKERS, INC., dba McDONALD'S #10358, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  September 18, 2013  LAW OFFICES OF LYNN HUBBARD

            /s/   *Lynn Hubbard*               /
          LYNN HUBBARD III
          Attorney for Plaintiff

Dated:  September 18, 2013  FISHER & PHILLIPS, LLP

            /s/   *Katarzyna Nowak*            /
          KATARZYNA NOWAK
          Attorney for Defendants

## **ORDER**

  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00407-JAM-JFM, is dismissed with prejudice in its entirety.

Dated:  9/19/2013

          /s/ John A. Mendez_____
          United States District Court Judge

Joint Stipulation for Dismissal and         *Dodson v. JMJ Seekers, Inc., et al.*
Order Thereon                Case No. 2:13-cv-00407-JAM-JFM
Page 2